UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S-MART PETROLEUM INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETROLEOS DE VENEZUELA, S.A., )<br>*et al.*, )<br>)<br>Defendants. )<br> ) | Civil Action No. 07-1179 (RCL) |

## ORDER

There is nothing on the docket of the Clerk of Court reflecting service on defendants Petroleos de Venezuela, S.A., *et al*.

Rule 4(a) of the Federal Rules of Civil Procedure indicates that a plaintiff shall be responsible for <u>prompt</u> service of the summons and complaint. Rule 4(g) states that the person serving the process shall make proof of service to the Court <u>promptly</u>, and in any event, within the time during which the person served must respond to the process.

Accordingly, it is hereby

ORDERED that plaintiffs shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 3, 2007.