IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| S-MART PETROLEUM INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07-cv-01179 |
| ) | |
| v. ) | Judge Royce C. Lamberth |
| ) | |
| PETROLEOS DE VENEZUELA, S.A., ) | |
| PDV AMERICA, INC., CITGO ) | |
| PETROLEUM CORPORATION, ) | |
| PDV HOLDING, INC., and PDV ) | |
| MIDWEST REFINING, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**JOINT MOTION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME**

Plaintiff and Stipulating Defendants[1] jointly move this Court to extend the time within which each Stipulating Defendant may plead or otherwise move in response to Plaintiff's Complaint to and including November 14, 2007, and state as follows:

1. Plaintiff filed the present complaint on June 29, 2007.

2. Several other suits with similar allegations and some overlapping defendants had been previously filed, including *Spectrum Stores, Inc. v. CITGO Petroleum Corp.*, Case No. H-06-3569 (S.D. Tex., filed November 13, 2006) (Judge Sim Lake); *Fast Break Foods, LLC v. Saudi Arabian Oil Co. et al.*, Case No. 06-cv-06594 (N.D. Ill., filed November 30, 2006) (Judge Wayne Anderson); and *Countywide Petroleum, Co. v. Petróleos de Venezuela, S.A. et al.*, Case No. 1:07-cv-1632 (N.D. Ohio, filed June 1, 2007) (Judge Patricia Gaughan); and *Green Oil Co. v. Saudi Arabian Oil Co. et al*, Case No. 07-cv-03617 (N.D. Ill., filed June 27, 2007) (Judge

---

[1] The Stipulating Defendants are PDV America, Inc., CITGO Petroleum Corporation, PDV Holding, Inc. and PDV Midwest Refining, LLC.

Charles Kocoras).

3. On August 6, 2007, Plaintiffs Green Oil and Fast Break Foods filed a Motion for Transfer and Consolidation before the Judicial Panel on Multidistrict Litigation, seeking to consolidate all of the above actions—including the present action—for pre-trial proceedings, which Motion has been fully briefed and submitted to the Panel for resolution.

4. The Panel has not yet set that Motion For Transfer and Consolidation for argument.

5. On February 9, 2007, the *Spectrum Stores* court stayed all discovery in that case.

6. On August 22, 2007, the *Green Oil* court granted a stay in that case pending a decision by the JPML, and setting a status conference for October 23, 2007.

7. On September 11, 2007, the *Countywide* court granted a stay in that case pending a ruling by the JPML on transfer and consolidation.

8. On October 3, 2007, the *Fast Break Foods* court granted an additional ninety day extension of time in light of the motion pending before the JPML.

9. Plaintiff in the present suit has not yet served all defendants in the case.

10. Stipulating Defendants have been served and are currently required to plead or otherwise move in response to Plaintiff's Complaint at various dates in mid-October.[2]

11. Stipulating Defendants contend that a stay of the present litigation is warranted until such time as the JPML rules on the pending Motion for Transfer and Consolidation.

12. Plaintiff and Stipulating Defendants are discussing the issue of a stay or additional extension of time in good faith and thus request a short interim extension.

13. By requesting the relief sought herein, Plaintiff and Stipulating Defendants agree

---

[2] The current deadlines are as follows: PDV Holding (10/11/07); CITGO (10/14/07); PDV America (10/17/07); and PDV Midwest Refining (10/17/07).

2

that Plaintiff has not waived or prejudiced any arguments in opposition to further enlargement of time to respond to the Complaint, and Stipulating Defendants have not waived or prejudiced any arguments in support of such enlargement or to seek a stay pending the decision of the Judicial Panel on Multidistrict Litigation.

14. By requesting the relief sought herein, Plaintiff and the Stipulating Defendants further agree that neither side is waiving any arguments or positions relating to jurisdiction, the adequacy of service of process, or the merits of any underlying claim or defense, including any defense based on lack of subject matter jurisdiction under the Political Question Doctrine, the Foreign Sovereign Immunities Act or the Act of State Doctrine. The Parties hereby expressly reserve the right to move that this Action be reassigned or transferred as provided by an order of the Judicial Panel for Multidistrict Litigation or otherwise.

WHEREFORE, the Parties respectfully request that the time within which each Stipulating Defendant may plead or otherwise move in response to Plaintiff's Complaint be extended to and including November 14, 2007. A proposed Order is attached hereto.

Dated: October 10, 2007

/s/ Timothy D. Battin
Timothy D. Battin
Straus & Boies, LLP
Fifth Floor
4041 University Dr.
Fairfax, VA  22030
Tel:  (703) 764-8700
Fax:  (703) 764-8704

*Counsel for Plaintiff S-Mart Petroleum Inc.*

/s/Andrew Klevorn
Nathan P. Eimer
Andrew G. Klevorn
Chad J. Doellinger
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604

*Counsel for Defendants CITGO Petroleum Corporation and PDV America Midwest Refining, LLC*

/s/Tom McNamara
Tom McNamara
Dale R. Harris
Gale T. Miller
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Tele: (303) 892-7349
Fax: (303) 893-1379

*Counsel for Defendants PDV America, Inc. and PDV Holding, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S-MART PETROLEUM INC. | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07-cv-01179 |
| v. | ) | Judge Royce C. Lamberth |
| PETROLEOS DE VENEZUELA, S.A., PDV AMERICA, INC., CITGO PETROLEUM CORPORATION, PDV HOLDING, INC., and PDV MIDWEST REFINING, LLC, | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Parties Joint Motion for Enlargement of Time, it is hereby ORDERED that the time within which each Stipulating Defendant may plead or otherwise move in response to Plaintiff's Complaint is extended to and including November 14, 2007.

Dated: _____.

_____
Hon. Royce C. Lamberth
United States Judge