IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| S-MART PETROLEUM INC.,<br><br>                  Plaintiff,<br><br>                     v.<br><br>PETROLEOS DE VENEZUELA, S.A.,<br>PDV AMERICA, INC., CITGO<br>PETROLEUM CORPORATION,<br>PDV HOLDING, INC., and PDV<br>MIDWEST REFINING, LLC,<br><br>                Defendants. | CIVIL ACTION NO. 1:07-cv-01179<br><br>Judge Royce C. Lamberth<br><br>FILED<br>OCT 12 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Parties Joint Motion for Enlargement of Time, it is hereby ORDERED that the time within which each Stipulating Defendant may plead or otherwise move in response to Plaintiff's Complaint is extended to and including November 14, 2007.

Dated: Oct. 11, 2007.

_____
Hon. Royce C. Lamberth
United States Judge