IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| S-MART PETROLEUM INC.,<br><br>Plaintiff,<br><br>v.<br><br>PETROLEOS DE VENEZUELA, S.A.,<br>PDV AMERICA, INC., CITGO<br>PETROLEUM CORPORATION,<br>PDV HOLDING, INC., and PDV<br>MIDWEST REFINING, LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:07-cv-01179<br><br>Judge Royce C. Lamberth |

**JOINT MOTION TO STAY ALL PROCEEDINGS PENDING RULING ON
TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION AND PROPOSED ORDER**

Plaintiff and Stipulating Defendants[1] jointly move this Court to temporarily stay all proceedings pending ruling on transfer and consolidation by the Judicial Panel on Multidistrict Litigation, and state as follows:

1. Plaintiff filed the present complaint on June 29, 2007.

2. Several other suits with similar allegations and some overlapping defendants had been previously filed, including *Spectrum Stores, Inc. v. CITGO Petroleum Corp.*, Case No. H-06-3569 (S.D. Tex., filed November 13, 2006) (Judge Sim Lake); *Fast Break Foods, LLC v. Saudi Arabian Oil Co. et al.*, Case No. 06-cv-06594 (N.D. Ill., filed November 30, 2006) (Judge Wayne Anderson); *Countywide Petroleum, Co. v. Petróleos de Venezuela, S.A. et al.*, Case No. 1:07-cv-1632 (N.D. Ohio, filed June 1, 2007) (Judge Patricia Gaughan); and *Green Oil Co. v.*

---

[1] The Stipulating Defendants are PDV America, Inc., CITGO Petroleum Corporation, PDV Holding, Inc. and PDV Midwest Refining, LLC.

*Saudi Arabian Oil Co. et al.*, Case No. 07-cv-03617 (N.D. Ill., filed June 27, 2007) (Judge Charles Kocoras).

3.     On August 6, 2007, Plaintiffs Green Oil and Fast Break Foods filed a Motion for Transfer and Consolidation before the Judicial Panel on Multidistrict Litigation (the "Panel") seeking to consolidate all of the above actions—including the present action—for pre-trial proceedings, which Motion has been fully briefed and submitted to the Panel for resolution. *See In re Refined Petroleum Products Antitrust Litigation*, MDL Docket No. 1886.

4.     The Panel has recently scheduled that Motion for argument on November 29, 2007, in San Diego, California.

5.     On February 9, 2007, the *Spectrum Stores* court stayed all discovery in that case.

6.     On August 22, 2007, the *Green Oil* court granted a stay in that case pending a decision by the Panel, and set a status conference for October 23, 2007. Subsequently, by order dated October 18, 2007, the initial status conference was continued through January 16, 2008 (because of the MDL proceedings) and responsive pleadings were stayed until further order of the *Green Oil* court after the MDL decision.

7.     On September 11, 2007, the *Countywide* court granted a stay in that case pending a ruling by the Panel on transfer and consolidation.

8.     On October 3, 2007, the *Fast Break Foods* court granted a continuance of ninety days (*i.e.*, through January 9, 2008) for the initial status conference in light of the motion pending before the Panel.

9.     On October 11, 2007, this Court granted a joint motion for an extension of time for Defendants to respond or otherwise move in response to Plaintiff's complaint up to and including November 14, 2007, to give the parties additional time to discuss whether a further

2

stay might be appropriate.

10. The parties have met and conferred in good faith and have agreed that a temporary stay pending ruling on transfer and consolidation by the Panel is appropriate.

11. Absent an interim stay, redundant proceedings may lead to the unnecessary expenditure of judicial resources and could result in conflicting rulings on the same issues.

12. Finally, a short stay until a ruling by the Panel will not prejudice Plaintiff or Stipulating Defendants.

13. The foregoing factors demonstrate that a stay pending decision of the Panel is warranted under the circumstances of this case. *See, e.g., Aetna U.S. Healthcare, Inc. v. Hoechst Aktiengesellschaft*, 48 F.Supp.2d 37, 43 (D.D.C. 1999) (Lamberth, J.) (staying class action antitrust case pending resolution of transfer and consolidation issues by Panel; "stay would further judicial economy and eliminate the potential for conflicting pretrial rulings").

14. By requesting the relief sought herein, Plaintiff and Stipulating Defendants agree that Plaintiff has not waived or prejudiced any arguments in opposition to further enlargement of time to respond to the Complaint, and Stipulating Defendants have not waived or prejudiced any arguments in support of such enlargement. By requesting the relief sought herein, Plaintiff and the Stipulating Defendants further agree that neither side is waiving any arguments or positions relating to jurisdiction, the adequacy of service of process, or the merits of any underlying claim or defense. The Parties hereby expressly reserve the right to move that this Action be reassigned or transferred as provided by an order of the Judicial Panel for Multidistrict Litigation or otherwise.

WHEREFORE, the Parties respectfully request that this Court enter a temporary stay pending the decision of the Judicial Panel for Multidistrict Litigation. A proposed Order is

attached hereto.

Dated: November 6, 2007

/s/ Timothy D. Battin

Timothy D. Battin
Straus & Boies, LLP
Fifth Floor
4041 University Drive
Fairfax, VA  22030
Tele.: (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff S-Mart Petroleum Inc.*

/s/Andrew Klevorn
Nathan P. Eimer
Andrew G. Klevorn
Chad J. Doellinger
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604

*Counsel for Defendants CITGO Petroleum Corporation and PDV America Midwest Refining, LLC*

/s/Tom McNamara
Tom McNamara
Dale R. Harris
Gale T. Miller
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Tele: (303) 892-7349
Fax: (303) 893-1379

*Counsel for Defendants PDV America, Inc. and PDV Holding, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| S-MART PETROLEUM INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETROLEOS DE VENEZUELA, S.A., )<br>PDV AMERICA, INC., CITGO )<br>PETROLEUM CORPORATION, )<br>PDV HOLDING, INC., and PDV )<br>MIDWEST REFINING, LLC, )<br>)<br>Defendants. )<br>)<br>_____ ) | CIVIL ACTION NO. 1:07-cv-01179<br><br>Judge Royce C. Lamberth |

[Proposed] Order

This matter coming to be heard on Plaintiff and Defendants PDV Holding, Inc., PDV America, Inc., CITGO Petroleum Corporation and PDV Midwest Refining, LLC (the "Stipulating Defendants"), Joint Motion to Stay All Proceedings Pending Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation Motion, due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's and Stipulating Defendants' Motion to Stay All Proceedings Pending Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation Motion is hereby granted;

2. This litigation is stayed in its entirety pending the decision of the Judicial Panel on Multidistrict Litigation to transfer and consolidate this and other related cases (MDL Docket No. 1886);

3. All pending deadlines and scheduling orders are hereby vacated; and

4. Once the Panel has ruled on transfer and consolidation, Plaintiff and Stipulating Defendants shall advise the Court. If the Panel declines to transfer and consolidate the pending cases, then the Plaintiff and Stipulating Defendants shall confer in good faith and propose a schedule for Stipulating Defendants to respond or otherwise move in response to Plaintiff's complaint.

Dated: _____.


_____
Hon. Royce C. Lamberth
United States Judge