UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| S-MART PETROLEUM INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1179 (RCL) |
| PETROLEOS DE VENEZUELA, S.A., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

This matter coming to be heard on plaintiff and defendants PDV Holding, Inc., PDV America, Inc., CITGO Petroleum Corporation and PDV Midwest Refining, LLC (the "Stipulating Defendants"), Joint Motion to Stay All Proceedings Pending Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation Motion, due notice having been given, and the Court being fully advised in the premises, it is hereby

ORDERED that:

1. Plaintiff's and Stipulating Defendants' Motion to Stay All Proceedings Pending Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation Motion is hereby granted;

2. This litigation is stayed in its entirety pending the decision of the Judicial Panel on Multidistrict Litigation to transfer and consolidate this and other related cases (MDL Docket No. 1886);

3. All pending deadlines and scheduling orders are hereby vacated; and

4. Once the Panel has ruled on transfer and consolidation, Plaintiff and Stipulating

Defendants shall advise the Court. If the Panel declines to transfer and consolidate the pending cases, then the Plaintiff and Stipulating Defendants shall confer in good faith and propose a schedule for Stipulating Defendants to respond or otherwise move in response to Plaintiff's complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 9, 2007.