| | | | |
|---|---|---|---|
| Katherine Snuffer/DCD/DC/USCOURTS<br><br>03/27/2008 09:38 AM | | To | Teresa Gumiel/DCD/DC/USCOURTS@USCOURTS |
| | | cc | |
| | | bcc | |
| | | Subject | Fw: MDL 1886/Refined Petroleum Products Antitrust Litigation |



| | | | |
|---|---|---|---|
| Darlene Hansen/TXSD/05/USCOURTS<br><br>03/18/2008 09:18 AM | | To | Nancy Mayer-Whittington/DCD/DC/USCOURTS@USCOURTS |
| | | cc | |
| | | Subject | MDL 1886/Refined Petroleum Products Antitrust Litigation CA 1:07-1179 |

**Please forward the following Notice along with the attached transfer order to the appropriate clerk(s) in your office. Thank you.**

In re: MDL 1886
Refined Petroleum Products Antitrust Litigation

    Attached is a certified copy of the Transfer Order received from the Multidistrict Litigation Panel in Washington, DC. It instructs that the case(s) listed from your district be transferred to our district for coordinated or consolidated pretrial proceedings.

    The Honorable Sim Lake will preside over the cases. The case #(s) assigned here in Houston are:

    CA 1:07-1179      CA 4:07-4434  S-Mart Petroleum, Inc. v. Petroleos de Venezuela, S.A., et al.

    We have retrieved all pertinent information through CM/ECF. You may close your case(s) in your usual manner.

    Should you have any questions regarding this request, please contact Darlene Hansen at 713-250-5749.

                        Sincerely yours,

                        /s/ Darlene Hansen
                        Southern District of Texas


MDL 1886 Transfer Order.pdf

Darlene Hansen
Assistant Deputy-in-Charge
Southern District of Texas
Houston Division
United States District and Bankruptcy Courts
(713)250-5749